DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TAMPA BUSINESS BROKER, INC.,

Appellant,

v.

SUNERGY SOLAR, LLC,

Appellee.

No. 2D22-4153

_____

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Cheryl K. Thomas, Judge.

Rebecca L. Castaneda of The Castaneda Law Firm PLLC, Tampa, for Appellant.

Samuel J. Salario, Jr. and Caroline May Poor of Lawson Huck Gonzalez, PLLC, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.